IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02951-PAB-KLM

LANCE H. ROSS,

    Plaintiff,

v.

CRACKER BARREL OLD COUNTRY STORE, INC., a Tennessee Corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Stipulated Motion to Substitute Defendant CBOCS West, Inc. for CBOCS, Inc.** [Docket No. 13; Filed November 26, 2012] (the "Motion"). The Motion provides that Defendant's correct corporate name is CBOCS West, Inc., not Cracker Barrel Old Country Store, Inc., a Tennessee Corporation, as it is currently identified in the caption. The parties having stipulated,

    IT IS HEREBY **ORDERED** that the Motion [#13] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of Court shall amend the caption by substituting CBOCS West, Inc. in place of Cracker Barrel Old Country Store, Inc., a Tennessee Corporation.

    Dated: November 28, 2012