IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil case no. 12-cv-02951-RM-KLM

LANCE H. ROSS,

    Plaintiff,

v.

CBOCS WEST, INC.,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE
---

THIS MATTER comes before the Court on the parties' Stipulated Motion for Dismissal with Prejudice ("Stipulated Motion") (ECF No. 36). Upon consideration of the Motion and being otherwise fully advised in the premises, it is

ORDERED that Plaintiff's complaint and all claims which Plaintiff has or could have asserted against Defendant are hereby dismissed with prejudice, with each party to pay his or its own attorney's fees and costs.

DATED this 18th day of November, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge